JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-4537

Attorneys for Plaintiff

E-FILING

Filed
FEB 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00128 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §13, assimilating CVC 23152(b) - Driving With Blood Alcohol Content Above 0.08 %; 18 U.S.C. §13, assimilating CVC 23152(a) – Driving Under Influence of Alcohol or Drugs; 18 U.S.C. §13, assimilating CVC 23116(a) -Transporting a Person in the Back of a Truck. |
| vs. | |
| WILLIAM HOWARD CARROLL, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §23152(b) - Driving With Blood Alcohol Content Above 0.08 %)

On or about August 10, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

WILLIAM HOWARD CARROLL,

1

1  did unlawfully drive a motor vehicle with an alcohol content of .08 percent and more, by weight,

2  in his blood, in violation of Title 18, United States Code, Section 13, assimilating California

3  Vehicle Code Section 23152(b), a Class B misdemeanor.

4  COUNT TWO: (18 U.S.C. §13, assimilating California Vehicle Code §23152(a) – Driving
5  Under Influence of Alcohol or Drugs)

6  On or about August 10, 2007, at Fort Hunter Liggett, in the County of Monterey, in the

7  Northern District of California, and within the special maritime and territorial jurisdiction of the

8  United States, the defendant,

9  WILLIAM HOWARD CARROLL,

10  did unlawfully drive a motor vehicle while under the influence of alcohol, in violation of Title

11  18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(b), a

12  Class B misdemeanor.

13
COUNT THREE:   (18 U.S.C. §13, assimilating California Vehicle Code §23116(a) –
14  Transporting a Person in the Back of a Truck)

15  On or about August 10, 2007, at Fort Hunter Liggett, in the County of Monterey, in the

16  Northern District of California, and within the special maritime and territorial jurisdiction of the

17  United States, the defendant,

18  WILLIAM HOWARD CARROLL,

19  did unlawfully transport a person in the back of a flatbed truck, in violation of Title 18, United

20  States Code, Section 13, assimilating California Vehicle Code Section 23116(a), an Infraction.

21  DATED: 2/21/08

22  JOSEPH P. RUSSONIELLO
    United States Attorney
23
24
25  DAVID R. CALLAWAY
    Assistant United States Attorney
26
(Approved as to form: _DMC for SA_ )
    SAUSA Nelson

2

E-FILING

Filed

FEB 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
NORTHERN DISTRICT OF CALIFORNIA
Northern District of California

CR-08 00128 RS

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense

U.S.C. Citation
See attached sheet

**DEFENDANT — U.S. vs.**

▶ William Howard Carroll

Address: 1018 Moffat Drive, Hanford, CA 93230

Birth Date: 

☑ Male  ☐ Female  ☐ Alien (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. Day Year

DATE OF ARREST ▶
Or ... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for arraignment

To appear before Judge Lloyd on April 7, 2008, 9:30 am
US District Court, located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. CARROLL

**COUNT ONE:** 18 USC Sec. 13 assimilating CVC 23152(b) - It is unlawful for any person who has 0.08 percent or more, by weight, of alcohol in his or her blood to drive a vehicle.

    Penalties:    Mandatory Minimum:
    96 hours imprisonment in the county jail; and
    $390.00 fine

    Maximum Penalties:
    6 Months imprisonment in the county jail; and
    $1000.00 fine

**COUNT TWO:** 18 USC Sec. 13 assimilating CVC 23152(a) - It is unlawful for any person who is under the influence of any alcoholic beverage or drug, or under the combined influence of any alcoholic beverage and drug, to drive a vehicle.

    Penalties:    Mandatory Minimum:
    96 hours imprisonment in the county jail; and
    $390.00 fine

    Maximum Penalties:
    6 Months imprisonment in the county jail; and
    $1000.00 fine

**COUNT THREE:** 18 USC Sec. 13 assimilating CVC 23116(a) No person driving a pickup truck or a flatbed motortruck on a highway shall transport any person in or on the back of the truck.

    Penalties:    Mandatory Minimum: N/A

    Maximum Penalties
    $146.00 fine