ROBERT N. MICHAELS
Special Assistant United States Attorney

Office of the Staff Judge Advocate
1336 Plummer Street, Building 275
Monterey, California 93944

Attorney for Government

FILED

SEP 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SALINAS BRANCH

UNITED STATES OF AMERICA,

  Plaintiff

  v.

WILLIAM HOWARD CARROLL

  Defendant.

UNITED STATES' MOTION AND PROPOSED ORDER TO DISMISS CASE CR08 - 00128-RS

## UNITED STATES' MOTION TO DISMISS

1. The United States moves that the case against the above named defendant be dismissed.

2. The United States makes this motion in the interests of Justice.

Dated: 18 September 2008

Respectfully submitted,

ROBERT N. MICHAELS
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: 9/19/2008

HOWARD R. LLOYD  RICHARD SEEBURG
United States Magistrate Judge